## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

    WILSON, JOHN GINN, III          Case No. **07-12598 NLJ**
    SHOP, JOHNNY GOLF

                 Chapter 7

               Debtor(s).

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, JOHN D. MASHBURN, Trustee, of the above-captioned bankruptcy matter, and pursuant to Fed. R. Bankr. P. 3010, reports to the Court Clerk the following are dividends in an amount under $5.00 and should therefore be treated in the same manner as unclaimed funds.

| CLAIMANT | AMOUNT |
|---|---|
| Claim No. 1<br>Yellow Book USA<br>c/o RMS Bankruptcy Recovery Services<br>P. O. Box 5126<br>Timonium, MD 21094 | $0.19 |
| Claim No. 2<br>Moore Enterprises<br>2002 Platinum Street<br>Garland, TX 75042 | $0.08 |
| Claim No. 5<br>Ping, Inc.<br>2201 W. Desert Cove<br>Phoenix, AZ 85029 | $1.26 |
| Claim No. 8<br>Mizuno USA<br>4925 Avalon Ridge Parkway<br>One Jack Curran Way<br>Norcross, GA 30071 | $0.95 |
| Claim No. 11 | $0.36 |

1

Cleveland Golf
P. O. Box 7270
Newport Beach, CA 92658-7270


      A check made payable to the U.S. Bankruptcy Court in the total amount of $2.84 will be deposited with the clerk as unclaimed funds.


DATE: November 23, 2009


                    Respectfully submitted,

                    */s/ John Mashburn*
                    John Mashburn, Trustee
                    Heritage Plaza, Suite 105
                    13800 Benson Road
                    Edmond, OK  73013-6422
                    (405) 286-2600